AO91 (Rev 12/03)   Criminal Complaint                                                AUSA  E. P. Warner

# UNITED STATES DISTRICT COURT

United States Courts
Southern District of Texas

FILED

*September 23, 2025*

Nathan Ochsner, Clerk of Court

Southern District of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| **vs.** | |
| | Case Number:    7:25-po-02414 |

Ming CHEN
IAE
China 1986

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 22, 2025** in **Starr** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Ming CHEN was encountered by Border Patrol Agents near La Grulla, Texas, on September 22, 2025. When questioned as to his citizenship, defendant stated that he was a citizen and national of China. It was determined that he entered the United States illegally on September 22, 2025 at a place other than as designated by immigration officers by illegally crossing the Rio Grande River near La Grulla, Texas.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/  Eric Garza
Signature of Complainant

Border Patrol Agent Eric Garza
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

September 23, 2025  at 6:31 p.m.
Date

McAllen, Texas
City/State

J. Scott Hacker          Magistrate Judge
Name of Judge          Title of Judge

Signature of Judge